# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> JUNO USA, LP, <br><br> Debtor. <br><br> Employer's Tax Identification No. 47-4295772 | Chapter 11 <br><br> Case No. 19-12484 (MFW) <br><br> **Related Docket No. 4** |
| In re: <br><br> GT FORGE, INC., <br><br> Debtor. <br><br> Employer's Tax Identification No. 27-3561093 | Chapter 11 <br><br> Case No. 19-12486 (MFW) <br><br> **Related Docket No. 3** |
| In re: <br><br> SABO ONE LLC, <br><br> Debtor. <br><br> Employer's Tax Identification No. 47-4672759 | Chapter 11 <br><br> Case No. 19-12487 (MFW) <br><br> **Related Docket No. 3** |
| In re: <br><br> JUNO OREGON LLC, <br><br> Debtor. <br><br> Employer's Tax Identification No. 37-1874462 | Chapter 11 <br><br> Case No. 19-12488 (MFW) <br><br> **Related Docket No. 3** |

| | |
|---|---|
| In re:<br><br>VULCAN CARS LLC,<br><br>Debtor.<br><br>Employer's Tax Identification No. 61-1774733 | Chapter 11<br><br>Case No. 19-12490 (MFW)<br><br>**Related Docket No. 3** |
| In re:<br><br>OMAHA LLC,<br><br>Debtor.<br><br>Employer's Tax Identification No. 37-1838656 | Chapter 11<br><br>Case No. 19-12491 (MFW)<br><br>**Related Docket No. 3** |

## ORDER DIRECTING THE JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES

This matter coming before the Court on the *Motion of the Debtors for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases* (the "**Motion**")[1] for an order pursuant to section 342(c)(1) of the Bankruptcy Code, Bankruptcy Rule 1015, and Local Rule 1015-1, authorizing and directing the procedural consolidation and joint administration of the Debtors' Chapter 11 Cases and granting related relief, all as further described in the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion is adequate and appropriate under the particular circumstances; the Court having reviewed the Motion and the First Day Declaration and having considered the statements

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings given to them in the Motion.

of counsel and the evidence adduced with respect to the Motion at the hearing; after due deliberation thereon, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth in this Order.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 19-12484 (MFW) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The consolidated caption of the jointly administered Chapter 11 Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JUNO USA, LP, *et al.*,[1] | Case No. 19-12484 (MFW) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number, are: Juno USA, LP (5772); Sabo One LLC (2759); Juno Oregon LLC (4462); Vulcan Cars LLC (4733); GT Forge, Inc. (1093); and Omaha LLC (8656). The mailing address for the Debtors listed above is 74 West Long Lake Road, Suite 205, Bloomfield Hills, Michigan 48304.

4. The foregoing consolidated caption shall be deemed to satisfy any applicable requirements of section 342(c) of the Bankruptcy Code and Bankruptcy Rule 2002(n).

5. A docket entry shall be made on the docket in the chapter 11 case of each of the Debtors, except Juno USA, LP, substantially stating as follows:

> "An order has been entered in this case consolidating this case with the case of Juno USA, LP, Case No. 19-12484 (MFW), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 19-12484 (MFW) should be consulted for all matters affecting this case."

6. The Clerk of the Court shall maintain one file and one docket for the Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for the chapter 11 case of Juno USA, LP, Case No. 19-12484 (MFW).

7. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Juno USA, LP, Case No. 19-12484 (MFW).

8. Notwithstanding the foregoing, any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

9. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: November 21, 2019
      Wilmington, Delaware

_____
Honorable Kevin Gross
United States Bankruptcy Court